

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00117-CR

| | | |
|---|---|---|
| SAMMY AGUIRRE, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1395360W) |
| V. | § | December 31, 2018 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part the trial court's judgment. The judgment is modified to delete $385 of the attorney's fees ordered by the trial court and the $28 "Due to CSCD" cost, thus reducing the total amount of reparations owed to $1,412. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
   Justice Wade Birdwell